20 December 2014

Attn: 4th Court of Appeals Justices

RE: Seperation from All legal work
Access to Court Violation
NOTICE OF Address change

Trial Court No 2013-CR-6698
Court of Appeals No 04-14-00412
Robert Martinez, Pro Se
TDCJ ID No 1931397
BCADC SID No 327074
200 N. Comal
San Anto, Tx 78207

VIA U.S. mail

Greeting

On Thursday Dec. 18, 2014 I was transported from Lopez State Jail TDCJ, to Bexar County Jail, At this writing, I have not been granted access to All my legal Documents file(s) Please note the new address Above captioned I Am due a P.D.R on 22 Dec 2014. Requesting more time. I must go through the property Dept before I Am granted access to my property

Jn. Hoc

cc: file

Page 1 of 1

SCANNED
Date: 12.30.14
Initials:

RECEIVED IN
COURT OF CRIMINAL APPEALS

JAN 05 2015

Abel Acosta, Clerk

FILED IN
COURT OF CRIMINAL APPEALS

JAN 08 2015

Abel Acosta, Clerk

FILED IN THE COURT OF APPEALS AT SAN ANTONIO, TEXAS
2014 DEC 23 PM 1: 25
KEITH E. HOTTLE, CLERK